# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LEE STEVENS,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 81864

FILED

OCT 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction and an amended judgment of conviction. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on June 10, 2020, and the amended judgment of conviction on August 4, 2020. Appellant did not file the notice of appeal, however, until September 30, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.        _____, J.
Hardesty                                        Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-37792

cc: Hon. Robert W. Lane, District Judge
Michael Lee Stevens
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk